1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

   **RODNEY K. FRIZZELL**          )      **Case No. CIV-09-2914 GGH**
11                                 )
                                   )      **STIPULATION AND ORDER**
12        **Plaintiff,**           )      **EXTENDING PLAINTIFF'S TIME TO**
                                   )      **FILE MEMORANDUM IN SUPPORT**
13  **v.**                         )      **OF SUMMARY JUDGMENT**
                                   )
14  **MICHAEL J. ASTRUE**          )
    **Commissioner of Social Security** )
15  **of the United States of America,** )
                                   )
16        **Defendant.**           )
                                   )
17  _____      )

18
            IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with
19
   the permission of the Court as evidenced below, that the Plaintiff's time to file the summary
20
   judgment in this case is hereby extended from June 14, 2010, to August 10, 2010.   This is Plaintiff's
21
   first extension and is required due to Plaintiff's counsel's impacted briefing schedule.
22

23

24  / / / /

25  / / / /

26  / / / /

27

28

                                          1

1    Dated: June 14, 2010                 */s/Bess M. Brewer*
                                          BESS M. BREWER
2                                         Attorney at Law

3                                         Attorney for Plaintiff

4

5
     Dated: June 14, 2010                 Benjamin B. Wagner
6
                                          United States Attorney
7
                                          */s/Theophous Reagans*
8                                         THEOPHOUS REAGANS

9                                         Special Assistant U.S. Attorney
                                          Social Security Administration
10
                                          Attorney for Defendant
11

12                                  **ORDER**

13   No further extensions will be approved.

14   APPROVED AND SO ORDERED.

15   DATED: June 18, 2010              /s/ Gregory G. Hollows

16   _____
                                          GREGORY G. HOLLOWS
17                                        U.S. MAGISTRATE JUDGE

18   frizzell.eot

19

20

21

22

23

24

25

26

27

28

                                     2