1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY K. FRIZZELL | Case No. CIV-09-2914 GGH |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended August 10, 2010, to September 17, 2010.  This extension is required due to Plaintiff's counsel's impacted briefing schedule – she has five older cases due within the next week that must be filed and needs to extend the due date for Mr. Frizzel's summary judgment motion.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: August 6, 2010 | *Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: August 9, 2010      Benjamin B. Wagner
United States Attorney

*/s/Theophous Reagans*
THEOPHOUS REAGANS
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 16, 2010      /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

frizzell.eot2

2