BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8938
    Facsimile:  (415) 744-0134
    E-Mail:  Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| RODNEY K. FRIZZELL,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:09-CV-02914-GGH<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment be extended from October 20, 2010, to November 19, 2010.

    This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defense Counsel needs the additional time to evaluate the defensibility of the case.

///

///

///

///

///

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                            Respectfully submitted,

Dated: October 18, 2010                /s/ *Bess M. Brewer*
                                            (As authorized via e-mail)
                                            BESS M. BREWER
                                            Attorney for Plaintiff

Dated: October 18, 2010                BENJAMIN B. WAGNER
                                            United States Attorney
                                            LUCILLE GONZALES MEIS
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                            */s/ Theophous H. Reagans*
                                            THEOPHOUS H. REAGANS
                                            Special Assistant United States Attorney

**IT IS SO ORDERED:**

Dated: October 22, 2010                /s/ Gregory G. Hollows

                                            THE HONORABLE GREGORY G. HOLLOWS
                                            United States Magistrate Judge

frizzell.eot2